FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 10:49 am, Oct 19, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

SUSAN ANDERSON,

        Movant,

    v.

UNITED STATES OF AMERICA,


        Respondent.

CIVIL ACTION NO.: 2:20-cv-109


(Case Nos.: 2:17-cr-20; 2:18-cr-30)

## O R D E R

Movant Susan Anderson ("Anderson"), who is represented by counsel, filed this 28 U.S.C. § 2255 Motion on October 14, 2020, which the Court has reviewed.  Anderson attacks the convictions and sentences imposed in this Court in Case Numbers 2:17-cr-20 and 2:18-cr-30. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days stating what records and documents need to be produced to fully respond to the motion.  The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

The Court **DIRECTS** the Clerk of Court to forward a copy of this Order and a copy of Anderson's Motion for relief to the Savannah Office of the United States Attorney for the

Southern District of Georgia.

      **SO ORDERED**, this 19th day of October, 2020.


_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA