# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SUSAN ANDERSON, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:20-cv-109 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:17-cr-20) |
| | * | |
| Respondent. | * | |

## O R D E R

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12. Movant Susan Anderson ("Anderson") did not file Objections to this Report and Recommendation, despite being granted an extension of time to do so. Dkt. No. 14.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Anderson's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct her Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Anderson *in forma pauperis* status on appeal and a

AO 72A
(Rev. 8/82)

Certificate of Appealability.

**SO ORDERED**, this \_\_12\_\_ day of \_\_September\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA